# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY

**IN THE MATTER OF:**

| | |
|---|---|
| State Theatre of Bay City/Bay County, | Case No. 24-20261-dob<br>Hon. Daniel S. Opperman<br>Chapter 7 |
| Debtor._____/ | |
| Randy L. Frank, Trustee for the State Theater [sic] of Bay City/Bay County, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 25-02004-dob |
| Michael Bacigalupo, Mark Delestowicz and Stephanie Martinez, | |
| Defendants._____/ | |

## CERTIFICATE OF SERVICE

Document(s) served:

- Defendant Michael Bacigalupo's Answer to Corrected Complaint
- Defendant Michael Bacigalupo's Affirmative and Special Defenses to Corrected Complaint

Person served:

Darren Malek, Esq.
dmalek@veritaslawgroup.net
&
Edward Perdue, Esq.
eperdue@perduelawgroup.com
Attorneys for Plaintiff
**Service method: Via CM/ECF**

Andrew Collison, Esq.
acc@saginaw-law.com
Attorney for Defendants Mark Delestowicz and Stephanie Martinez

**Service method: Via CM/ECF**

The undersigned certifies that a copy of the documents listed as served above was served upon the specified party by the specified method on the date indicated below.

I declare that the statement above is true to the best of my information and belief.

CAPITAL BANKRUPTCY

Date of Service: June 11, 2025

By: /s/ Andrew J. Gerdes
Andrew J. Gerdes (P47593)
Business address:
416 N. Homer St., Suite 101
Lansing, MI 48912
(517) 853-1300
agerdes@capitalbankruptcy.net