# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### BAY CITY

IN THE MATTER OF:

STATE THEATER OF
BAY CITY/BAY COUNTY,

               Debtor.
_____/
STATE THEATER OF BAY CITY/
BAY COUNTY,

               Plaintiff,

-vs-

MICHAEL BACIOGALUPO, MARK
DELESTOWICZ and STEPHANIE
MARTINEZ,

               Defendants.
_____/

Bankruptcy Case No.: 24-20261-dob

Honorable Daniel S. Opperman
Chapter 7

Adversary Proceeding No.: 25-02004-dob

**CERTIFICATE OF SERVICE**

VERITAS LAW GROUP
BY:   DARREN MALEK (P57443)
Attorneys for Plaintiffs
107 West Michigan Avenue, Suite 500
Kalamazoo, Michigan 49007
Telephone: (269) 270-3500
Email: dmalek@veritaslawgroup.net

PERDUE LAW GROUP PLLC
BY:   EDWARD P. PERDUE (P55888)
Attorneys for Plaintiffs
P.O. Box 2390
Grand Rapids, Michigan 49501
Telephone: (616) 888-2960
ANDREW J. GERDES (P47593)
Email: dperdue@perduelawgroup.com

COLLISON & COLLISON
BY: JEFFREY C. COLLISON (P34227)
      ANDREW C. COLLISON (P81840)
Attys for Defendants Delestowicz & Martinez
5811 Colony Drive North, P.O. Box 6010
Saginaw, Michigan 48608
Telephone: (989) 799-3033
Email: jcc@saginaw-law.com
       acc@saginaw-law.com

CAPITAL BANKRUPTCY
BY:   ANDREW GERDES (P47593)
Attorneys for Defendant Bacigalupo
416 North Homer Street, Suite 101
Lansing, Michigan 48912
Telephone: (517) 853-1300
Email: agerdes@capitalbankruptcy.net
_____/

-1-

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I served the following Paper:

- Defendants Delestowicz and Martinez' Indentification of Issues Triable by Jury

on the following parties at these addresses:

- Darren Malek
  107 West Michigan Avenue, Suite 500
  Kalamazoo, Michigan 49007

- Edward P. Perdue
  P.O. Box 2390
  Grand Rapids, Michigan 49501

- Andrew J. Gerdes
  416 North Homer Street, Suite 101
  Lansing, Michigan 48912

- Kevin M. Smith
  P.O. Box 70656
  Rochester Hills, Michigan 48307

By the following means: Electronic Case Filing.

/s/ *Andrew C. Collison*
Andrew C. Collison
COLLISON & COLLISON
5811 Colony Drive North, P.O. Box 6010
Saginaw, Michigan 48608-6010
Telephone: 989-799-3033
Email: acc@saginaw-law.com
Michigan Bar No: P81840

Jeffrey C. Collison
COLLISON & COLLISON
5811 Colony Drive North, P.O. Box 6010
Saginaw, Michigan 48608-6010
Telephone: 989-799-3033
Email: jcc@saginaw-law.com
Michigan Bar No: P34227

-2-

COLLISON & COLLISON 5811 COLONY DRIVE NORTH PO BOX 6010 SAGINAW MI 48608-6010 TELEPHONE 989.799.3033
25-02004-dob    Doc 64    Filed 07/16/25    Entered 07/16/25 13:16:04    Page 2 of 2