# EXHIBIT A

Case Details – Bay County Circuit Court Case 24-3076 CK

# Case Details

Additional Resources ▼

**Case ID**

2024-0000003075-CK

**Court Location**

18th Circuit Court - Bay City

**Case Entitlement**

THE SPRINGTHORPE BRO V STATE THEATRE OF BAY

**Judge of Record**

SHEERAN,JOSEPH K.,

**Date Filed**

02/06/2024

**Case Status**

OPEN

**Next Hearing**

10/07/2025 10:30 AM - STATUS CONFERENCE

Hearing Officer - SHEERAN,JOSEPH K.

Location - CC01

**Closed Date**

**Balance**

## Parties (5)

**Party Name**

THE SPRINGTHORPE BROTHERS CORP,

**Party Type/Number**

PLAINTIFF - 1

**Attorney Name**

DAVID LAWRENCE PUSKAR

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**

**Disposition Date**

**Party Name**

**Party Type/Number**

## STATE THEATRE OF BAY CITY/COUNTY                    DEFENDANT - 1

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**
  02/21/2024

**Disposition**
  STAY OF PROCEEDINGS

**Disposition Date**
  03/13/2024

## Party Action(s)

| Category | Action | Action Date | Action Due Date |
|---|---|---|---|
| RETURN OF SERVICE | RETURN OF SERVICE | 02/21/2024 | |

**Party Name**                                          **Party Type/Number**
  BACIGALUPO,MICHAEL                                     DEFENDANT - 2

**Attorney Name**
  JASON NORMAN BALL

**Alternate Name(s)**

**Answer Date**
  03/01/2024

**Service Date**
  02/14/2024

**Disposition**

**Disposition Date**

## Party Action(s)

| Category | Action | Action Date | Action Due Date |
|---|---|---|---|
| PARTY ANSWER | ANSWER FILED | 03/01/2024 | |
| RETURN OF SERVICE | RETURN OF SERVICE | 02/14/2024 | |

**Party Name**
BACIGALUPO,MICHAEL,

**Party Type/Number**
CROSS PLAINTIFF - 1

Attorney Name

Alternate Name(s)

Answer Date

Service Date

Disposition

Disposition Date

**Party Name**
STATE THEATRE OF BAY CITY/COUNTY

**Party Type/Number**
CROSS DEFENDANT - 1

Attorney Name

Alternate Name(s)

Answer Date

Service Date

Disposition
STAY OF PROCEEDINGS

Disposition Date
03/13/2024

## Bonds (0)

## Hearings (1)

**Hearing Type**
STATUS CONFERENCE

**Hearing Date**
10/07/2025 10:30 AM

**Hearing Officer**
SHEERAN, JOSEPH K.

**Hearing Location**
CC01

## Financial Orders (0)

## Events (27)



**Event Date**
05/05/2025

**Description**
ADD TO FILE

**Party/Count**

**Event No./Clerk**
27 - DJF

**Comment**
TRUSTEE'S MOTION FOR AUTHORITY TO MAKE FINAL DISTRIBUTION TO BAY
CTY -GROWTH ALLIANCE, INC ORDER GRANTING TRUSTEE'S MOTION FOR
AUTHORITY TO MAKE FINAL TO -BAY CTY GROWTH ALLIANCE, INC NOTICE

**Judge**
SHEERAN,JOSEPH K.,

**Event Date**
04/30/2025

**Description**
ADD TO FILE

**Party/Count**

**Event No./Clerk**
26 - DJF

**Comment**
NOTICE OF CHAPTER 13 BANKRUPTCY CASE

**Judge**
SHEERAN,JOSEPH K.,

**Event Date**
04/29/2025

**Description**
STATUS ORDER AFTER SETTLEMENT CONFERENCE

**Party/Count**

**Event No./Clerk**
25 - LMF

**Judge**
SHEERAN,JOSEPH K.,

**Next Hearing**
10/07/2025 10:30 AM - STATUS CONFERENCE
Hearing Officer - SHEERAN,JOSEPH K.,
Location - CC01

**Event Date**
02/24/2025

**Description**

ADD TO FILE

**Party/Count**

**Event No./Clerk**

24 - AA

**Comment**

BANKRUPTCY PLEADINGS

**Judge**

SHEERAN,JOSEPH K.,

**Event Date**

01/27/2025

**Description**

ADD TO FILE

**Party/Count**

**Event No./Clerk**

23 - AA

**Comment**

BANKRUPTCY PLEADINGS -(TRUSTEE'S MOT FOR APPROVAL OF
COMPROMISE PURSUANT TO FRBP 9019) -(CORRECTED NOTICE OF
REQUIREMENT OF WRITTEN RESPONSE TO TRUSTEE'S -MOT FOR APPROVAL
OF COMPROMISE PURSUANT TO FRBP 9019)

**Judge**

SHEERAN,JOSEPH K.,

**Event Date**

12/18/2024

**Description**

CASE ACTIVITY REPORT

**Party/Count**

**Event No./Clerk**

22 - PLF

**Judge**

SHEERAN,JOSEPH K.,

**Next Hearing**

04/23/2025 10:00 AM - SETTLEMENT / STATUS CONFERENCE
Hearing Officer - SHEERAN,JOSEPH K.,
Location - CC01

Comment - -(in person)

**Event Date**
12/10/2024

**Description**
PROOF OF SERVICE

**Party/Count**                           **Event No./Clerk**
                                          21 - DZ

**Judge**
SHEERAN,JOSEPH K.,

**Event Date**
12/06/2024

**Description**
ADD TO FILE

**Party/Count**                           **Event No./Clerk**
                                          20 - DZ

**Comment**
DEFENDANT MICHAEL BACIGALUPO'S RESPONSE/ANSWERS TO PLAINTIFF'S
FIRST -REQUESTS FOR ADMISSIONS TO DEFENDANT/CROSS-PLAINTIFF AND
RELATED -INTERROGATORIES AND REQUEST FOR PRODUCTION OF
DOCUMENTS

**Judge**
SHEERAN,JOSEPH K.,

**Event Date**
11/18/2024

**Description**
ADD TO FILE

**Party/Count**                           **Event No./Clerk**
                                          18 - DZ

**Comment**
PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT/CROSS
PLAINTIFF -AND RELATED INTERROGATORIES AND REQUEST FOR

## PRODUCTION OF DOCUMENTS

**Judge**

SHEERAN,JOSEPH K.,

**Description**

PROOF OF SERVICE

**Party/Count**                    **Event No./Clerk**

19 - DZ

**Judge**

SHEERAN,JOSEPH K.,

**Event Date**

10/30/2024

**Description**

ADD TO FILE

**Party/Count**                    **Event No./Clerk**

17 - AA

**Comment**

BANKRUPTCY PLEADINGS

**Judge**

SHEERAN,JOSEPH K.,

**Event Date**

08/15/2024

**Description**

STATUS ORDER AFTER SETTLEMENT CONFERENCE

**Party/Count**                    **Event No./Clerk**

16 - MW

**Judge**

SHEERAN,JOSEPH K.,

**Next Hearing**

12/17/2024 9:00 AM - SETTLEMENT / STATUS CONFERENCE
Hearing Officer - SHEERAN,JOSEPH K.,
Location - CC01

**Event Date**
  06/17/2024

**Description**
  ADD TO FILE

**Party/Count**                          **Event No./Clerk**
                                         15 - DZ

**Comment**
  ***CLERICAL ERROR***

**Judge**
  SHEERAN,JOSEPH K.,


**Event Date**
  06/07/2024

**Description**
  WITNESS LIST

**Party/Count**                          **Event No./Clerk**
  P1                                     13 - DZ

**Comment**
  -INITIAL

**Judge**
  SHEERAN,JOSEPH K.,

**Attorney**
  PUSKAR,DAVID LAWRENCE,

**Description**
  PROOF OF SERVICE

**Party/Count**                          **Event No./Clerk**
                                         14 - DZ

**Judge**
  SHEERAN,JOSEPH K.,


**Event Date**
  05/08/2024

**Description**

## SCHEDULING ORDER

Party/Count                                    Event No./Clerk
                                               12 - DZ

**Judge**
SHEERAN,JOSEPH K.,

**Next Hearing**
08/13/2024 9:30 AM - SETTLEMENT / STATUS CONFERENCE
Hearing Officer - SHEERAN,JOSEPH K.,
Location - CC01

**Event Date**
04/17/2024

**Description**
NOTICE

Party/Count                                    Event No./Clerk
                                               11 - DJF

**Comment**
-OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

**Judge**
SHEERAN,JOSEPH K.,

**Event Date**
04/05/2024

**Description**
PROOF OF SERVICE

Party/Count                                    Event No./Clerk
                                               10 - AA

**Judge**
SHEERAN,JOSEPH K.,

**Event Date**
03/22/2024

Description
  PROOF OF SERVICE

Party/Count                              Event No./Clerk
                                         9 - AA

Judge
  SHEERAN,JOSEPH K.,


Event Date
  03/13/2024

Description
  ORDER FOR ADMINISTRATIVE CLOSING

Party/Count                              Event No./Clerk
  CRD1                                   7 - AA

Comment
  -DUE TO BANKRUPTCY STAY

Judge
  SHEERAN,JOSEPH K.,

Disposition
  STAY OF PROCEEDINGS

Description
  ORDER FOR ADMINISTRATIVE CLOSING

Party/Count                              Event No./Clerk
  D1                                     8 - AA

Comment
  -DUE TO BANKRUPTCY STAY

Judge
  SHEERAN,JOSEPH K.,

Disposition
  STAY OF PROCEEDINGS


Event Date
  03/11/2024

Description
  ADD TO FILE

Party/Count

Event No./Clerk

6 - AA

Comment

NOTICE OF CHAPTER 7 BANKRUPTCY CASE

Judge

SHEERAN,JOSEPH K.,

Event Date

03/01/2024

Description

APPEARANCE

Party/Count

D2

Event No./Clerk

4 - AA

Judge

SHEERAN,JOSEPH K.,

Attorney

BALL,JASON NORMAN,

Description

ANSWER FILED

Party/Count

D2

Event No./Clerk

5 - AA

Comment

-AND NEW MATTERS AND AFFIRMATIVE DEFENSES & CROSS-CLAIM

Judge

SHEERAN,JOSEPH K.,

Attorney

BALL,JASON NORMAN,

Event Date

02/21/2024

**Description**
RETURN OF SERVICE

**Party/Count**
D1

**Event No./Clerk**
3 - AA

**Comment**
-(personally) filed 2/29/24

**Judge**
SHEERAN,JOSEPH K.,

**Event Date**
02/14/2024

**Description**
RETURN OF SERVICE

**Party/Count**
D2

**Event No./Clerk**
2 - AA

**Comment**
-(personally) filed 2/20/2024

**Judge**
SHEERAN,JOSEPH K.,

**Event Date**
02/06/2024

**Description**
SUMMONS AND COMPLAINT

**Party/Count**
P1

**Event No./Clerk**
1 - AA

**Judge**
SHEERAN,JOSEPH K.,

**Amount**
$175.00

# EXHIBIT B

**Complaint – Bay County Circuit Court Case 24-3076 CK**

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF BAY

THE SPRINGTHORPE BROTHERS CORP.,

      Plaintiff,

vs.

STATE THEATRE OF BAY CITY/BAY
COUNTY, a Michigan nonprofit corporation,
and MICHAEL BACIGALUPO, an individual,

      Defendants.

Case No. 24- 3075 -CK

Hon.    JOSEPH K. SHEERAN
         P# 28575

---

BRAUN KENDRICK FINKBEINER P.L.C.
By: David L. Puskar (P73121)
And: Nancy S. Haddad Derleth (P86273)
Attorneys for Plaintiff
4301 Fashion Square Boulevard
Saginaw, MI 48603
989-399-0642
davpus@braunkendrick.com
nanhad@braunkendrick.com

---

## COMPLAINT

    THERE IS NO OTHER CIVIL ACTION BETWEEN THESE
PARTIES ARISING OUT OF THE SAME TRANSACTION OR
OCCURRENCE AS ALLEGED IN THIS COMPLAINT
PENDING IN THIS COURT, NOR HAS ANY SUCH ACTION
BEEN PREVIOUSLY FILED AND DISMISSED OR
TRANSFERRED AFTER HAVING BEEN ASSIGNED TO A
JUDGE.

    NOW COMES Plaintiff, The Springthorpe Brothers Corp ("Plaintiff"), by and through its

attorneys, Braun Kendrick Finkbeiner P.L.C., and for its Complaint against Defendant, State

Theatre of Bay City Bay County ("State Theatre") and Defendant, Michael Bacigalupo

("Bacigalupo"), states as follows:

PAID $ 175- DATE 2/6/24
RECEIPT NO. 0201
SIGNED

## JURISDICTION AND VENUE

1.    Plaintiff is a foreign corporation registered in the State of Delaware.

2.    Upon information and belief, State Theatre is a domestic nonprofit corporation conducting all business relevant to this matter in the County of Bay, State of Michigan.

3.    Upon information and belief, Bacigalupo is an individual residing in the County of Bay, State of Michigan.

4.    The amount in controversy exceeds $25,000.00 exclusive of interest, costs, and attorney fees.

5.    Venue is proper in the County of Bay pursuant to MCL 600.1621(a).

## GENERAL ALLEGATIONS

6.    Plaintiff incorporates paragraphs 1-5 as if fully restated herein.

7.    Plaintiff is owned by Richard Springthorpe, known professionally as Rick Springfield (the "Artist").

8.    Plaintiff/the Artist are and have been represented by the William Morris Endeavor Entertainment talent agency ("WME") in relation to the matters set forth in this Complaint.

9.    State Theatre regularly hosts and provides performing artists and films that draw individuals throughout the Great Lakes Bay Region.

10.    Bacigalupo, at all times relevant hereto, was the Chief Operating Officer of the State Theatre.

11.    On or about April 18, 2023, the parties, inclusive of State Theatre and Bacigalupo collectively defined as "Purchaser", entered into an agreement wherein Plaintiff's Artist, Rick Springfield, would perform the "I WANT MY 80s TOUR" on August 26, 2023 at Wenonah Park – World Friendship Shell (hereinafter, "Agreement"), in exchange for a flat guarantee

compensation price of $97,500.00 plus reimbursement(s) as stated in par. 4 of the Agreement.[1] Pertinent portions of the Agreement are attached hereto and incorporated herein as **Exhibit A**.

12.     Under the terms of the Agreement, a deposit was due to Plaintiff in the amount of $48,750.00 to Plaintiff or before June 26, 2023 ("Deposit"). Exhibit A, ¶10(a).

13.     On or about July 10, 2023, the Deposit was paid to Plaintiff.

14.     The remaining balance owed to Plaintiff was to be paid no later than the start of the first show on August 26, 2023. Exhibit A, ¶10(b).

15.     On August 26, 2023, Plaintiff's artist Rick Springfield fully performed the required entertainment services pursuant to the Agreement.

16.     At that time, Bacigalupo endorsed a check on behalf of the State Theatre to Plaintiff in the amount of $68,750.00. A copy of the check is attached hereto as **Exhibit B**.

17.     Plaintiff thereafter deposited the check into its bank account with Wells Fargo.

18.     On August 31, 2023, Wells Fargo notified Plaintiff that the State Theatre's check was returned for nonsufficient funds (NSF). A copy of the NSF notice is attached hereto as **Exhibit C**.

19.     On September 5, 2023, WME's booking agent, Noah Guthman, reached out to Bacigalupo on behalf of Plaintiff to inquire into the status of the check and to request that a replacement check be issued.

20.     After the lack of a substantive response from Bacigalupo and the State Theatre, on September 7, 2023, counsel for WME sent a formal demand notice for the NSF check. A copy of the demand letter is attached hereto as **Exhibit D**.

---

[1] Note that one of the $7,500.00 artists subject to reimbursement did not perform, making the actual contracted for total equal $117,500.00.

21.     Thereafter, Bacigalupo claimed that there was an issue with an account of the State Theatre being breached resulting in problems with funds being released from the account. Bacigalupo further indicated that the issue would be resolved soon, and that Plaintiff could expect a wire payment for the remaining balance.

22.     Despite Defendants' repeated assurances that the money would be wired to Plaintiff, no payment has been made to rectify the outstanding balance owed due to the NSF check.

## COUNT I
## BREACH OF CONTRACT

23.     Plaintiff incorporates paragraphs 1-22 as if fully restated herein.

24.     Plaintiff had a valid and binding contract with Defendants for Plaintiff's Artist to provide entertainment services in exchange for a fee.

25.     Plaintiff and its Artist fully performed their obligations under the Agreement.

26.     Defendants breached the Agreement by first making payment with non-immediately available funds rather than by a certified or cashier's check or bank wire as required under the terms of the Agreement.  See Exhibit A, ¶10(b).

27.     Defendants further breached the Agreement by failing to remit *actual* payment for the balance remaining, as the check provided was returned for insufficient funds, despite Plaintiff's complete performance.

28.     Plaintiff has been damaged by Defendants' breach in the amount of the value of the NSF check, namely $68,750.00, together with interest, costs, and attorney fees.

## COUNT II
## DISHONORED CHECK (MCL 600.2952)

29.     Plaintiff incorporates paragraphs 1-28 as if fully restated herein.

30.     Pursuant to MCL 600.2952, "a person who makes, draws, utters, or delivers a check, draft, or order for payment of money upon a bank or other depository, person, firm, or corporation that refuses to honor the check, draft, or order for lack of funds or credit to pay or because the maker has no account with the drawee is liable for the amount of the dishonored check, draft, or order, plus a processing fee, civil damages, and costs, as provided in [MCL 600.2952]."

31.     A maker of a dishonored check who is found liable in a civil action is liable for the amount of the dishonored check(s), civil damages in the amount of two times the amount of the dishonored check, and costs of $250.00. *Id.*

32.     State Theatre and Bacigalupo were the makers of the NSF check.

33.     The check attached as Exhibit B was delivered to Plaintiff and deposited into Plaintiff's account.

34.     The check attached as Exhibit B was dishonored for lack of funds.

35.     Upon information and belief, State Theatre and/or Bacigalupo were aware that the account lacked sufficient funds to pay Plaintiff but wrote the check regardless.

36.     State Theatre and/or Bacigalupo are liable for violating MCL 600.2952.

37.     Plaintiff is entitled to recover the amount of the dishonored check, plus civil damages of two times the amount of the dishonored check, plus costs of $250.00.

WHEREFORE, Plaintiff, The Springthorpe Brothers Corp, respectfully requests that this Honorable Court provide it with the following relief:

A.      Enter Judgment in its favor and against both State Theatre and Michael Bacigalupo, jointly and severely, in the amount of $206,250.00 (being the $68,750.00 amount of the check plus $132,500.00, being two times the

amount of the check), together with costs of $250.00, as required by MCL 600.2952, interest at the statutory rate, and attorney fees; and

B.    Provide Plaintiff with such other relief as the Court deems appropriate.

BRAUN KENDRICK FINKBEINER P.L.C.

Dated: January **31**, 2024          By: _____

David L. Puskar (P73121)
Nancy S. Haddad Derleth (P86273)
Attorneys for Plaintiff

# Exhibit A



9601 Wilshire Boulevard
3rd Floor
Beverly Hills, CA 90210
USA
Phone: +1 +1 310-270-4908
email: GUTH@wmeagency.com

**RICK SPRINGFIELD**                                    *THE SPRINGTHORPE BROTHERS CORP*

ARTIST RIDER AND ADDENDA ATTACHED HERETO HEREBY MADE A PART OF THIS CONTRACT

Agreement made 18 Apr 2023 between **THE SPRINGTHORPE BROTHERS CORP** (hereinafter referred to as "PRODUCER") furnishing the services of **RICK SPRINGFIELD** (hereinafter referred to as "ARTIST") and **STATE THEATRE OF BAY CITY BAY COUNTY**/Michael Bacigalupo (hereinafter referred to as "PURCHASER")

It is mutually agreed between the parties as follows:

The PURCHASER hereby engages the PRODUCER to furnish the services of ARTIST for the Engagement (as described herein) upon all the terms and conditions herein set forth, including, without limitation, Addendum "A" (Additional Terms and Conditions), the Artist Rider, and any other PRODUCER addenda referenced herein (if any), all of which are attached hereto and fully incorporated herein by reference.

1. **ENGAGEMENT VENUE(S):**

   WENONAH PARK - WORLD FRIENDSHIP SHELL
   901 North Water Street
   Bay City, MI 48710
   USA

2. **DATE(S) OF ENGAGEMENT:**          Sat 26 Aug 2023
   a.  Number of Shows:               1
   b.  Show Schedule(s):              05:00 PM: Doors
                                      07:00 PM: National Anthem/Announcements
                                      07:10 PM: Tommy Tutone: (20 min.)
                                      07:45 PM: Paul Young; (20 min.)
                                      08:30 PM: RICK SPRINGFIELD: (60 min.)
                                      11:00 PM: Curfew

                                      Exact Schedule per Advance.

3. **BILLING** (in all forms of advertising):

   I Want My 80's Tour with Rick Springfield - 100%, Paul Young – 65% and Tommy Tutone – 65%

4. **COMPENSATION:**

   **$97,500.00 USD (Ninety Seven Thousand, Five Hundred U.S. Dollars) flat GUARANTEE.**

   REIMBURSEMENT(S):
   $10,000.00 USD for Backline due: 26 Aug 2023 – ARTIST-Supplied Backline and Video Wall
   $7,500.00 USD for Support due: 26 Aug 2023 – Tommy Tutone
   $7,500.00 USD for Support due: 26 Aug 2023 – Paul Young
   $2,500.00 USD for Support due: 26 Aug 2023 – Rick Springfield Band to Back Paul Young and Tommy Tutone

   *DEPOSIT requirements and PAYMENT TERMS are further set forth below in Section 10.*

5. **PRODUCTION AND CATERING:**

   PURCHASER to pay for and provide production per ARTIST specifications.

Agreement dated 18-April-2023
Page 1 of 10
WME Concert: rev. 2014-05-29//updated March, 2015

RICK SPRINGFIELD
STATE THEATRE OF BAY CITY BAY COUNTY
Seq.: 3061253

25-02004-dob    Doc 65    Filed 07/29/25    Entered 07/29/25 13:03:42    Page 23 of 46

Artist will carry all backline gear necessary and video wall (used in the performance to run non-live video content) at a cost of $10,000 per night to be paid in cash or certified check to the artist representative at settlement.

Promoter will provide and pay for as a show cost, first-class, and fully operational sound and lights package per artist's rider specifications and appropriate to fill the venue with optimal sound coverage. Including a full monitor system, and both FOH and monitor consoles.

**Production Contact:**    Michael Bacigalupo
(989) 892-2669 (off.)
michaelbacigalupo@msn.com

6. **TRANSPORTATION AND ACCOMMODATIONS:**

   a) Air transportation: NA
   b) Accommodations: PURCHASER to pay for and provide hotel rooms at the Doubletree by Hilton for one (1) night per the following configurations -- Rick Springfield (1 Two Bedroom Suite (with a bath tub) + 12 Single Rooms), Tommy Tutone (2 Single Rooms), Paul Young (2 Single Rooms).
   c) Air freight and excess baggage:
   d) Ground transportation: Unless specified in writing by WME, promoter must provide all local ground transportation for artist, artist's crew, and luggage per artist's specifications to include as minimum two full size passenger vans with the back rows removed. For the avoidance of doubt, local ground shall be understood to include all transport between hotel, venue and the nearest airport.
   e) Meals and incidentals:
   f) Other:

   Any changes to the above-mentioned arrangements are subject to the sole and exclusive prior written approval of PRODUCER.

7. **SPECIAL PROVISIONS:**

   Pre-Approved graphic art must be obtained through Hesh One / Hesh.One@Heshone.com. Payment is made directly to Hesh One and considered a pre-approved marketing cost within the show's advertising budget.

   Radio and TV spots must be obtained through Bill Young Productions (BYP) / Ron Mewis rmewis@byp.com at their prevailing costs based on the package purchased. Payment is made directly to the designated production company and considered a pre-approved marketing cost within the show's advertising budget. Please reach out to Ron Mewis for more info.

   Promoter or venue will not sell "Meet & Greet" tickets or packages without advance written confirmation by Artist's management or the responsible booking agent from WME.

   Purchaser agrees to make best efforts to purchase and serve to attendees at venue the below category of Rick Springfield affiliated beverages distributed by Southern Glazer's Wine & Spirits.
   - SBBR (Sammy Hagar Beach Bar Rum): Platinum, Kola Spiced and Red Head

   Under no circumstances will Artist be prohibited from exclusively selling on his website artist- interactive experience packages (e.g., sound check passes; etc.) as an "upsell" (does not include a ticket to the performance) and all revenue derived from such sales of experiences shall be retained by artist and not put into show gross revenues for the purposes of "percentage splits."

8. **ARTIST RIDER:**

   PURCHASER shall provide and pay for all terms and conditions contained in the ARTIST rider and shall fully comply with all provisions thereof.

9. **CURRENCY AND EXCHANGE RATE:**

   P.O #11737
   7/10/23

10. **PAYMENT TERMS:**

   a. **DEPOSIT In the amount of $48,750.00 USD** shall be paid to and in the name of PRODUCER's agent, WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, to be received not later than **26 Jun 2023**; (Unless specified in writing by WME, promoter must deliver a non-refundable deposit (50% of the negotiated performance fee) to WME per their specifications. Balance payment to artist will be paid per contract specifications prior to performance to artist's representative by certified bank check or cash. Absolutely no company checks are acceptable as payment and Artist will withhold performance otherwise.)

   All deposit payments shall be paid via certified or cashier's check sent to:

Agreement dated 18-April-2023
Page 2 of 10
WME Concert: rev. 2011-05-29//updated March, 2015

RICK SPRINGFIELD
STATE THEATRE OF BAY CITY BAY COUNTY
Seq.: 3061253

25-02004-dob    Doc 65    Filed 07/29/25    Entered 07/29/25 13:03:42    Page 24 of 46

WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC
ATTN: Noah Guthman
9601 Wilshire Boulevard
3rd Floor
Beverly Hills, CA 90210
USA

OR via bank wire as follows:

| CITY NATIONAL BANK 400 North Roxbury Drive Beverly Hills, CA 90210 | Account Name: WME Entertainment, LLC Account Number: ███████ ABA Number: ███████ SWIFT: ███████ ORG: State Theatre of Bay City Bay County / REF: Rick Springfield / Aug 26, 2023 WME booking code: ███████ |

*Please be sure to specify the following to avoid confusion and/or misapplication of funds: your company name (as sender), name of the artist, start date of the Engagement(s).*

b. BALANCE of the monies shall be paid to and in the name of PRODUCER by certified or cashier's check or bank wire (as designated by PRODUCER), to be received by PRODUCER not later than prior to the first show of the Engagement.

c. Earned percentages, overages and/or bonuses, if applicable, are to be paid to PRODUCER in cash (if requested by PRODUCER, and to the extent permitted by law), or by certified or cashier's check or bank wire (as designated by PRODUCER), immediately following the last show of the Engagement.

d. In the event the full price agreed upon to be paid by PURCHASER does not include percentages or overages, and the actual gross box office receipts from the Engagement exceed the gross potential as stated herein, such amounts shall be paid in full to PRODUCER in cash (if required by PRODUCER and to the extent permitted by law) or by certified or cashier's check or bank wire (as designated by PRODUCER), immediately following the last show of the Engagement.

Agreement dated 18-April-2023
Page 3 of 10
WME Concert, rev. 2014-05-29/updated March, 2015

RICK SPRINGFIELD
STATE THEATRE OF BAY CITY BAY COUNTY
Seq.: 3061253

## 11. SCALING AND TICKET PRICES:

| | CAP. | TYPE | PRICE | COMPS | KILLS | SELLABLE | FAC.FEE | PARKING | CHARITY | TIC.FEE | VIP | SCNDRY | OTHER | NET PRICE | GROSS POT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat 26 Aug 7:10 PM | 1,000 | Reserved | $70.00 | 0 | 0 | 1,000 | | | | | | | | $70.00 | $70,000.00 |
| | 3,000 | Reserved | $40.00 | 0 | 0 | 3,000 | | | | | | | | $40.00 | $120,000.00 |
| | 4,000 | | | 0 | 0 | 4,000 | | | | | | | | | $190,000.00 |

### SCALING NOTES:

ARTIST Comps Breakdown (Exact Locations Per Advance):
- RICK SPRINGFIELD = 40
- Paul Young = 10
- Tommy Tutone = 10

| | |
|---|---|
| ADJUSTED GROSS POTENTIAL: | $190,000.00 |
| TAX: | |
| NET POTENTIAL: | $190,000.00 |

## 12. EXPENSES:

| TYPE | FLAT AMOUNT | % AMOUNT | PER TICKET | MAX AMOUNT | NOTES |
|---|---|---|---|---|---|
| Backline | $10,000.00 | | | | ARTIST-Supplied Backline and Video Wall |
| Support | $7,500.00 | | | | Tommy Tutone |
| Support | $7,500.00 | | | | Paul Young |
| Support | $2,500.00 | | | | Rick Springfield Band to Back Paul Young and Tommy Tutone |
| Expense Totals: | $27,500.00 | | | | |

PURCHASER understands that PRODUCER has relied on the above show expenses. PURCHASER agrees to furnish PRODUCER, not later than settlement of the Engagement(s) with a final statement of actual expenses, including certified paid bills, receipts, advertising tear sheets and venue contract. If the final actual expenses total less than the expenses stated herein, then the split figure or total expenses used to determine the percentage of the net, will be reduced by the difference between the total expenses previously submitted by PURCHASER and the total actual expenses. Any increases to the above expenses are subject to PRODUCER's approval.

## 13. MERCHANDISING:

Artist sells; All Merchandise: 90.00% of proceeds to ARTIST. Incl. Guitars. Promoter represents that Artist will receive a "most favored nations" merchandise deal on the show. Further, Artist will sell a customized Rick Springfield electric guitar as part of the merchandise offered for sale and these guitars will be subject to the same split as CDs and DVDs (customarily lower than soft goods). All merchandise payments are to be made payable to "Rick Springfield Merchandise" (EIN# 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).

## 14. VISAS AND WORK PERMITS:

## 15. TAXES:

*ADDENDUM "A" (ADDITIONAL TERMS AND CONDITIONS), ARTIST RIDER, AND ANY OTHER PRODUCER ADDENDA REFERENCED HEREIN (IF ANY), ARE ALL ATTACHED HERETO AND FULLY INCORPORATED HEREIN BY REFERENCE.*

Agreement dated 18-April-2023
Page 4 of 10
WME Concerts Branded Merch v.2

RICK SPRINGFIELD
STATE THEATRE OF BAY CITY BAY COUNTY
Seq.:3061253

25-02004-dob    Doc 65    Filed 07/29/25    Entered 07/29/25 13:03:42    Page 26 of 46

IN WITNESS WHEREOF, the parties hereto have hereunto set their names and seals on the day and year first above written.

By:

```
STATE THEATRE OF BAY CITY BAY COUNTY
Michael Bacigalupo
913 Washington Ave
Bay City, MI 48708
USA
```

By:

```
THE SPRINGTHORPE BROTHERS CORP
Fed ID: 84-2315798
```

*Return all signed contracts to WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC at the address above: Attention: Guthman*

Agreement dated 18-April-2023

Page 5 of 10

WME Contract 25-02004-000 dated March 2015

RICK SPRINGFIELD
STATE THEATRE OF BAY CITY BAY COUNTY
Seq.: 3061253

25-02004-000   Doc 65   Filed 07/29/25   Entered 07/29/25 13:03:42   Page 27 of 46

# Exhibit B

HUNTINGTON NATIONAL BANK

11809

74-347/7

⌂ CHECK ARI

**STATE THEATRE OF BAY CITY BAY CNTY**
913 WASHINGTON AVE
BAY CITY, MI 48708-5703

8/26/2023

$ **68,750.00

PAY TO THE
ORDER OF     Springthorpe Brothers

Sixty-Eight Thousand Seven Hundred Fifty and 00/100*********************************************************     DOLLA

Springthorpe Brothers

MEMO

AUTHORIZED SIGNATURE

⑈011809⑈

# Exhibit C

The following deposited checks have been returned unpaid. As a result, we have deducted the following amount $68762.00 from your account Springthorpe Brother.

| Date | Reason | Check number | Amount | Returned deposited item fee |
|------|--------|--------------|--------|------------------------------|
| 08/31/2023 | NSF-Insuf Funds | 0000011809 | $68750.00 | $12.00 |

**Total returned deposited item fee(s)** $12.00

We are sending you a paper copy of these checks via U.S. mail, which includes the front and back image of the returned check(s) for your reference.

For the most current balance and more account details, as well as access to deposited check images, sign on and go to this account.

If you have questions, please call us at 1-800-225-5935, 24 hours a day, 7 days a week.

Thank you for banking with Wells Fargo. We appreciate your business.

Wells Fargo Online Customer Service

wellsfargo.com | Security Center | Contact Us

Please do not reply to this automated email.

To modify or cancel your alerts, sign on to Manage Alerts.

# Exhibit D



September 6, 2023

Michael Bacigalupo
State Theatre of Bay City Bay County
913 Washington Ave.
Bay City, MI 48708

*via e-mail:* michaelbacigalupo@msn.com

RE: RICK SPRINGFIELD    Check No. 0000011809
    Bay City, MI          Dated: August 31, 2023
    August 26, 2023       Outstanding Balance: $68,750.00 USD

Dear Michael Bacigalupo:

Pursuant to the terms of the agreement for the above referenced engagement (the "Engagement"), you were to have paid our client $97,500.00 USD (the "Guarantee"). However, despite our numerous attempts to collect these monies, to date, we still have not received these monies in full despite our client having fully performed at the Engagement. Please be advised that your failure to remit these monies constitutes a material breach of said agreement. Accordingly, you hold an outstanding balance of $68,750.00 USD (the "Balance").

In addition, you furnished a check tied to an account with insufficient funds. This is a demand for payment in full for a check or order not paid because of a lack of funds or insufficient funds. According to Michigan State Law 50.218, furnishing a check that does not have sufficient funds is a serious crime. Should you fail to remit the Balance due, our client will be entitled to exercise all legal and equitable rights and remedies available, including the right to hold you personally liable for all damages incurred as a result of your breach.

The foregoing, and any omission therefrom, is without prejudice to our client's legal and equitable rights and remedies, all of which are hereby reserved.

Sincerely,

William Morris Endeavor Entertainment, LLC
Agent for The Springthorpe Brothers Corp f/s/o Rick Springfield

/s/
Steven W. Gaches
Worldwide Head of Music Business Affairs

cc:    Noah Guthman

Approved, SCAO

| **STATE OF MICHIGAN** | | **CASE NO.** |
| JUDICIAL DISTRICT | **SUMMONS** | JOSEPH K. SHEERAN |
| 18th    JUDICIAL CIRCUIT | | P# 28575 |
| Bay     COUNTY | | 24- 3075 -CK |

Court address

Court telephone no.

1230 Washington Ave., Bay City, MI 48708        989-895-4115

Plaintiff's name, address, and telephone no.

THE SPRINGTHORPE BROTHERS CORP.

v

Defendant's name, address, and telephone no.

STATE THEATRE OF BAY CITY/BAY COUNTY, a Michigan nonprofit corporatioin, and MICHAEL BACIGALUPO, an individual

RESIDENT AGENT FOR STATE THEATRE:
Kendra Christensen
913 Washington Ave., Bay City, MI 48708

MICHAEL BACIGALUPO
206 Sharpe St., Essexville, MI 48732

Plaintiff's attorney, bar no., address, and telephone no.
BRAUN KENDRICK FINKBEINER P.L.C.
By: David L. Puskar (P73121)
And: Nancy S. Haddad Derleth (P86273)
4301 Fashion Square Blvd., Saginaw, MI 48603
989-399-0642

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☒ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date | Court clerk |
| FEB 0 6 2024 | MAY 0 7 2024 | K. Zanotti |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

MC 01  (3/23)   **SUMMONS**

# EXHIBIT C

**Defendant Bacigalupo's Answer to Plaintiff's Complaint,
New Matter and Affirmative Defenses and Cross-Claim
– Bay County Circuit Court Case 24-3076 CK**

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF BAY

THE SPRINGTHORPE BROTHERS CORP.,

      Plaintiff

vs.

STATE THEATRE OF BAY CITY / BAY COUNTY
, a Municipal nonprofit corporation, and
MICHAEL BACIGALUPO, an individual.

      Defendants

/

Case No. 24-3075-CK

Hon. Joseph K. Sheeran
(P28575)



BRAUN KENDRICK FINKBEINER, PLC
By : David L. Puskar (P73121)
And : Nancy S. Haddad Derleth (P86273)
Attorneys for Plaintiff
4301 Fashion Square Boulevard
Saginaw, MI 48603
989 399-0642

JASON N. BALL (P62504)
Attorney for Defendant / Cross Claim Plaintiff
Michael Bacigalupo, only.
306 Fifth St. Ste 202
Bay City MI 48708
(989) 326-3748

/

## DEFENDANT BACIGALUPO'S ANSWER TO PLAINTIFF'S COMPLAINT & NEW MATTERS AND AFFIRMATIVE DEFENSES & CROSS-CLAIM

**NOW COMES** Defendant Michael Bacigalupo, by and through his attorney, Jason N. Ball, and for his Answer to Plaintiff's complaint states :

### JURISDICTION AND VENUE

1. In answer to Paragraph 1, Defendant admits the allegation contained therein.

2. In answer to Paragraph 2, Defendant admits the allegation contained therein.

4. In answer to Paragraph 4, Defendant neither admits nor denies due to a lack of sufficient information necessary to establish the truth or falsity thereof, leaving Plaintiff to its strict proofs.

5. In answer to Paragraph 5, Defendant admits the allegation contained therein.

## GENERAL ALLEGATIONS

6. In answer to paragraph 6, Defendant incorporates its preceding answers as though restated herein in their entirety.

7. In answer to Paragraph 7, Defendant admits the allegation contained therein.

8. In answer to Paragraph 8, Defendant admits the allegation contained therein.

9. In answer to Paragraph 9, Defendant admits the allegation contained therein.

10. In answer to Paragraph 10, Defendant admits the allegation contained therein.

11. In answer to paragraph 11, Defendant denies the allegations contained therein, as the same are untrue.

12. In answer to Paragraph 12, Defendant admits the allegation contained therein.

13. In answer to Paragraph 13, Defendant admits the allegation contained therein.

14. In answer to Paragraph 14, Defendant admits the allegation contained therein.

15. In answer to Paragraph 15, Defendant denies the allegation contained therein, as the same are untrue.

16. In answer to Paragraph 16, Defendant admits the allegation contained therein.

17. In answer to Paragraph 17, Defendant neither admits nor denies due to a lack of sufficient information necessary to establish the truth or falsity thereof, leaving Plaintiff to its strict proofs.

18. In answer to Paragraph 18, Defendant admits the allegation contained therein.

19. In answer to Paragraph 19, Defendant admits the allegation contained therein.

20. In answer to Paragraph 20, Defendant denies the allegation contained therein, as the same is untrue.

21. In answer to Paragraph 21, Defendant admits the allegation contained therein.

22. In answer to Paragraph 22, Defendant admits the allegation contained therein.

## COUNT 1 BREACH OF CONTRACT

23. In answer to paragraph 23, Defendant incorporates its preceding answers as though restated herein in their entirety.

24. In answer to paragraph 24, Defendant denies the allegations contained therein, as the same are untrue.

25. In answer to Paragraph 25, Defendant denies the allegations contained therein, as the same are untrue.

26. In answer to paragraph 26, Defendant denies the allegations contained therein, as the same are untrue.

27. In answer to paragraph 27, Defendant denies the allegations contained therein, as the same are untrue.

28. In answer to paragraph 28, Defendant denies the allegations contained therein, as the same are untrue.

## COUNT II. DISHONORED CHECK (MCL 600.2952)

29. In answer to paragraph 29, Defendant incorporates its preceding answers as though restated herein in their entirety.

30. In answer to Paragraph 30, Defendant admits the allegation contained therein.

31. In answer to Paragraph 31, Defendant admits the allegation contained therein.

32. In answer to Paragraph 32, Defendant denies the allegation contained therein as the same is untrue.

33. In answer to Paragraph 33, Defendant neither admits nor denies due to a lack of sufficient information necessary to establish the truth or falsity thereof, leaving Plaintiff to its strict proofs.

34. In answer to Paragraph 34, Defendant admits the allegation contained therein.

35. In answer to paragraph 35, Defendant denies the allegations contained therein, as the same are untrue.

36. In answer to paragraph 36, Defendant denies the allegations contained therein, as the same are untrue.

37. In answer to paragraph 37, Defendant denies the allegations contained therein, as the same are untrue.

WHEREFORE, the Defendant respectfully requests that this Honorable Court deny Plaintiff's claim, grant a judgment of no cause for action, deny Plaintiffs request for costs, interest, and attorney fees, and grant and any other such further relief as deemed just and appropriate under the facts and circumstances of this case.

## SPECIAL AND/OR AFFIRMATIVE DEFENSES

Now Comes the above named Defendant, who hereby submits the following special and/or affirmative defenses which may be relied upon at the time of trial in this matter.

1. Plaintiff fails to state a claim upon which relief can be granted / Plaintiff's claim is barred ; as Defendant Michael Bacigalupo is not individually / personally liable for his acts as the Chief Operating Officer of the State Theatre pursuant to MCL 450.2209 Sec 209(1)(e) and pursuant to the State Theatre's Articles of Incorporation.

2. Plaintiff's claim is barred in part, pursuant to 600.2952 Sec 2952(5).

3. Plaintiff's claim is barred due to a lack of consideration.

4. Plaintiff's claim is barred as there was no privity of contract.

5. Plaintiff's claim is barred as no contract existed between Plaintiff and Defendant Bacigalupo due to a lack of intent.

6. Plaintiff's claim is barred due to breach by Plaintiff, in that one of the artists that was contracted to perform pursuant to this contract, did not perform.

7. Officers and other agents are not liable on authorized contracts which they sign on behalf of a corporation when the officers disclose their representative capacity.

8. Plaintiff's claim is barred by the principal / agent relationship between the State Theatre and Michael Bacigalupo.

9. Defendant Bacigalupo reserves the right to amend these affirmative defenses as further information becomes known throughout the course of discovery.

## CROSS CLAIM OF DEFENDANT MICHAEL BACIGALUPO

### Jurisdiction and Venue

1. That at all times relevant, the Plaintiff / Cross-Defendant State Theatre of Bay City / Bay County was a domestic nonprofit corporation conducting business relevant to this matter in the County of Bay, State of Michigan.

2. That at all times relevant, the Defendant / Cross-Plaintiff Michael Bacigalupo was the Chief Operating Officer of the State Theatre of Bay City / Bay County, and a resident of the County of Bay, State of Michigan.

3. That the incidents giving rise to this cross-claim occurred in the County of Bay, State of Michigan between April 18, 2023 and the present time.

4. That the amount in controversy is in excess of $25,000 and therefore within the jurisdiction of this Circuit Court.

### General Allegations

5. Defendant / Cross Plaintiff realleges and reavers each and every allegation contained within Paragraph 1-4, as if each allegation was specifically, fully restated herein.

6. That on or about April 18, 2023 Defendant / Cross Plaintiff, Michael Bacigalupo, in his Officer / Agent capacity on behalf of the State Theatre of Bay City / Bay County entered into a contract with Plaintiff for Rick Springfield to perform a concert at the Wenonah Park - World Friendship Shell in Bay City.

7. That in his Officer / Agent capacity, Bacigalupo signed a contract with Plaintiff that the concert would be performed in exchange for payment, by the State Theatre of Bay City / Bay County, in the amount of $97,500.00.

8. A deposit was to be paid by the State Theatre of Bay City / Bay County in the amount of $48,750.00, to Plaintiff by June 26, 2023.

9. The remaining balance ($68,750.00) was due to Plaintiff no later than the start of the concert on August 26, 2023.

### Count 1 : Implied Contractual Indemnity

10. Defendant / Cross Plaintiff realleges and reavers each and every allegation contained within Paragraph 1-9, as if each allegation was specifically, fully restated herein.

11. That after Rick Springfield performed the concert, Plaintiff did not receive the remaining balance payment from the State Theatre of Bay City / Bay County.

12.  That Defendant / Cross Plaintiff Michael Bacigalupo has been sued personally by Plaintiff for the remaining unpaid balance.

13.  That at all times relevant, Defendant / Cross Plaintiff was working in his capacity as an officer / agent of State Theatre of Bay City / Bay County.  He was the Chief Operating Officer.

14.  That Michael Bacigalupo, as an officer / agent of the non profit corporation (State Theatre of Bay City / Bay County), is not personally liable to the Plaintiff on this authorized contract,  which he signed on behalf of a corporation, having disclosed his representative / agent capacity of the nonprofit corporation.

15.  That since Bacigalupo was the State Theatre of Bay City/ Bay County's agent at all times relevant, The State Theatre of Bay City / Bay County has implicitly contractually agreed to indemnify, defend, and hold Bacigalupo harmless from this claim where he is sued in his individual capacity.

WHEREFORE, your Defendant / Cross Plaintiff respectfully requests that this Honorable Court grant a Judgment in his favor requiring the State Theatre of Bay City / Bay County to indemnify, defend, and hold harmless, Michael Bacigalupo, from any and all claims, liability, and costs alleged by Plaintiff.

Dated : February 29, 2024

By : _____
         Jason N. Ball (P62504)
         Attorney for Defendant / Cross Plaintiff
         Michael Bacigalupo

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF BAY

THE SPRINGTHORPE BROTHERS CORP.,

       Plaintiff

vs.

STATE THEATRE OF BAY CITY / BAY COUNTY
, a Municipal nonprofit corporation, and
MICHAEL BACIGALUPO, an individual.

       Defendants

                         /

Case No. 24-3075-CK

Hon. Joseph K. Sheeran
(P28575)

BRAUN KENDRICK FINKBEINER, PLC
By : David L. Puskar (P73121)
And : Nancy S. Haddad Derleth (P86273)
Attorneys for Plaintiff
4301 Fashion Square Boulevard
Saginaw, MI 48603
989 399-0642

JASON N. BALL (P62504)
Attorney for Defendant / Cross Claim Plaintiff
Michael Bacigalupo, only.
306 Fifth St. Ste 202
Bay City MI 48708
(989) 326-3748

                         /

## APPEARANCE

NOW COMES, Jason N. Ball, who hereby files his appearance for and on behalf of the
Defendant / Cross Claim Plaintiff, Michael Bacigalupo only, in the above referenced matter.


Dated : February 29, 2024

                         By : _____

                              Jason N. Ball (P62504)

Case No. 24-3075-CK

PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

[X] I served [X] personally [ ] by registered or certified mail, return receipt requested, and delivery restricted to the defendant or the addressee (copy of return receipt attached)  a copy of the summons and complaint, together with the attachments listed below, on:

[ ] I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| | |
|---|---|
| Name<br>State Theatre of Bay City; Resident Agent Kendra Christensen | Date and time of service<br>Wed, Feb 21 2024 01:28 pm |
| Place or address of service<br>913 Washington Avenue, Bay City, MI 48708 | |
| Attachments (if any)<br>Summons, Complaint, Exhibits A-D | |

[X] I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

[ ] I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| | | | |
|---|---|---|---|
| Service fee<br>$26.00 | Miles traveled<br>0 | Fee<br>$ 0 | |
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | TOTAL FEE<br>$ 26.00 |

Signature

Shane O'Keefe

Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ On _____

Attachments (if any)   date and time

_____ on behalf of _____

Signature

_____

Name (type or print)

FILED BAY CO. CLERK
18TH JUDICIAL
CIRCUIT COURT
ON FEB 29 P 12:11
COUNTY CLERK
KATHLEEN B. ZANOTTI

Approved, SCAO

| | | | CASE NO. |
|---|---|---|---|
| **STATE OF MICHIGAN** | | **SUMMONS** | JOSEPH K. SHEERAN |
| JUDICIAL DISTRICT | | | P# 28575 |
| 18th JUDICIAL CIRCUIT | | | 24- 3075 -CK |
| Bay COUNTY | | | |

Court telephone no.

**Court address**

1230 Washington Ave., Bay City, MI 48708

989-895-4115

**Plaintiff's name, address, and telephone no.**

THE SPRINGTHORPE BROTHERS CORP.

v

**Defendant's name, address, and telephone no.**

STATE THEATRE OF BAY CITY/BAY COUNTY, a
Michigan nonprofit corporatioin, and MICHAEL
BACIGALUPO, an individual

RESIDENT AGENT FOR STATE THEATRE:
Kendra Christensen
913 Washington Ave., Bay City, MI 48708

MICHAEL BACIGALUPO
206 Sharpe St., Essexville, MI 48732

**Plaintiff's attorney, bar no., address, and telephone no.**

BRAUN KENDRICK FINKBEINER P.L.C.
By: David L. Puskar (P73121)
And: Nancy S. Haddad Derleth (P86273(
4301 Fashion Square Blvd., Saginaw, MI 48603
989-399-0642

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and,
if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or
family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving
the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed
confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving
the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☒ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of
the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the
complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court**
   and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you
   were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief
   demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter
   to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date FEB 0 6 2024 | Expiration date MAY 0 7 2024 | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

[X] I served [X] personally [ ] by registered or certified mail, return receipt requested, and delivery restricted to the defendant or the addressee (copy of return receipt attached) a copy of the summons and complaint, together with the attachments listed below, on:

[ ] I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name<br>Michael Bacigalupo | Date and time of service<br>Wed, Feb 14 2024 11:14 am |
|---|---|
| Place or address of service<br>206 Sharpe Street, Essexville, MI 48732 | |
| Attachments (if any)<br>Summons, Complaint, Exhibits A-D | |

[X] I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

[ ] I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$26.00 | Miles traveled<br>6 | Fee<br>$ 6.00 | |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | TOTAL FEE<br>$ 32.00 |

Signature

Shane O'Keefe

Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ On _____

Attachments (if any)                    date and time

_____ on behalf of _____

Signature

_____

Name (type or print)

| Original - Court | 2nd copy - Plaintiff |
| 1st copy - Defendant | 3rd copy - Return |

| **STATE OF MICHIGAN** | | **CASE NO.** |
| **JUDICIAL DISTRICT** | **SUMMONS** | JOSEPH K. SHEERAN |
| 18th **JUDICIAL CIRCUIT** | | P# 28575 |
| Bay **COUNTY** | | 24- 3075 -CK |

| Court address | Court telephone no. |
| 1230 Washington Ave., Bay City, MI 48708 | 989-895-4115 |

| Plaintiff's name, address, and telephone no. | | Defendant's name, address, and telephone no. |
| THE SPRINGTHORPE BROTHERS CORP. | v | STATE THEATRE OF BAY CITY/BAY COUNTY, a Michigan nonprofit corporatioin, and MICHAEL BACIGALUPO, an individual |
| | | RESIDENT AGENT FOR STATE THEATRE: |
| | | Kendra Christensen |
| | | 913 Washington Ave., Bay City, MI 48708 |
| Plaintiff's attorney, bar no., address, and telephone no. | | |
| BRAUN KENDRICK FINKBEINER P.L.C. | | ~~MICHAEL BACIGALUPO~~ |
| By: David L. Puskar (P73121) | | 206 Sharpe St., Essexville, MI 48732 |
| And: Nancy S. Haddad Derleth (P86273( | | |
| 4301 Fashion Square Blvd., Saginaw, MI 48603 | | |
| 989-399-0642 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☒ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date FEB 0 6 2024 | Expiration date MAY 0 7 2024 | Court clerk |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.